**Order entered June 4, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00095-CV

## IN THE INTEREST OF J.E.P., A CHILD, Appellant

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-07681**

## ORDER

Before the Court is appellee's motion for leave to file a late brief. We **GRANT** the appellee's motion and **ORDER** the appellee's brief be filed within twenty (20) days of the date of this order.

/s/      DOUGLAS S. LANG
          JUSTICE